Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
*Attorney for Plaintiffs Robert B. Patel, M.D.,*
*and Mid-Atlantic Medical Associates, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. PATEL, M.D., and MID-ATLANTIC MEDICAL ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MERIDIAN HEALTH SYSTEM, INC., SCOTT LARSEN, TIMOTHY HOGAN, ANTHONY CAVA and GEORGE YOUNAN, <br><br> Defendants. | Civil Action <br><br> 3:12-CV-03102-FLW-TJB <br><br> **Return Date: Aug. 6, 2012** <br><br> **NOTICE OF PLAINTIFF PATEL'S MOTION FOR A PRELIMINARY INJUNCTION** |

**TO:** Bruce A. Levy, Esq.
Scott J. Etish, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
*Attorneys for Defendants*

**PLEASE TAKE NOTICE** that on August 6, 2012, or on a date and time to be set by the Court, Plaintiff Robert B. Patel, M.D. ("Patel"), by and through his counsel, shall move pursuant to FED. R. CIV. P. 65 for a preliminary injunction ordering Defendants Meridian Health System, Inc., Timothy Hogan, Anthony Cava, and George Younan, to take all necessary steps to rescind immediately and expunge the summary suspension of Plaintiff Patel.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based on this Notice of

Motion, Supporting Memorandum, Supporting Certifications by Plaintiff Patel, Lawrence Huntoon, and Plaintiffs' counsel Andrew L. Schlafly, Supporting Testimony Excerpts and additional Exhibits, all filed and served herewith, and upon the record and pleadings in this case.

**PLEASE TAKE FURTHER NOTICE** that this Motion is being made returnable on August 6, 2012. To the extent the Court would find an evidentiary hearing and/or oral argument to be helpful to it pursuant to Local Rule 78.1(b)(2), then Plaintiff Patel respectfully requests that oral argument be held.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order accompanies this Motion.

Respectfully submitted,

s/ Andrew L. Schlafly

Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
Phone: (908) 719-8608
Fax: (908) 934-9207
Email: aschlafly@aol.com

Attorney for Plaintiffs
Robert B. Patel, M.D., and Mid-Atlantic Medical Associates, LLC

Dated: July 11, 2012

## CERTIFICATE OF SERVICE

I, Andrew L. Schlafly, counsel for Plaintiffs Robert B. Patel, M.D., and Mid-Atlantic Medical Associates, LLC, do certify that on July 11, 2012, I electronically filed the foregoing Motion and accompanying documents with the Clerk of the Court using the Electronic Case Filing system, which I understand to have caused service of Bruce A. Levy of Gibbons, P.C., on behalf of all Defendants.

<u>s/ Andrew L. Schlafly</u>

Andrew L. Schlafly (AS4533)

Attorney for Plaintiffs
Robert B. Patel, M.D., and Mid-Atlantic Medical Associates, LLC

Dated: July 11, 2012