IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. PATEL, M.D., and MID-ATLANTIC MEDICAL ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MERIDIAN HEALTH SYSTEM, INC., SCOTT LARSEN, TIMOTHY HOGAN, ANTHONY CAVA and GEORGE YOUNAN, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action ) ) 3:12-CV-03102-FLW-TJB ) ) ) ) ) ) |

**THIS MATTER** having been brought before this Court on the motion of Plaintiff Robert B. Patel, M.D. ("Patel") for a preliminary injunction; and the Court having considered the motion and supporting memorandum and evidence, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2012;

**ORDERED** that Plaintiff Patel's motion for a preliminary injunction is hereby **GRANTED** in its entirety; and it is further

**ORDERED** that Defendants Meridian Health System, Inc. ("Meridian"), Timothy Hogan, Anthony Cava, and George Younan, and all of Meridian's affiliates, subsidiaries, divisions and related organizations, and their agents, immediately take all appropriate steps to rescind and expunge Meridian's summary suspension of Plaintiff Patel.

 

                                                       _____
                                                       Hon. Freda L. Wolfson
                                                       United States District Judge