UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
ROBERT B. PATEL, M.D.,              :
MID-ATLANTIC MEDICAL ASSOCIATES,    :
LLC,                                :   Civil Action No. 12-3102 (FLW)
              Plaintiffs,           :
                                    :
        vs.                         :
                                    :   **ORDER**
MERIDIAN HEALTH SYSTEM, INC., et al., :
                                    :
              Defendants.           :
_____ :

    **THIS MATTER** having been opened to the Court by Plaintiffs Robert B. Patel, M.D. and Mid-Atlantic Medical Associates, LLC (collectively, "Plaintiffs"), on a motion for preliminary injunction; it appearing that Defendants, Meridian Health System, Inc. ("Meridian Health"), Scott Larsen, Timothy Hogan, Anthony Cava and George Younan (collectively, "Defendants"), opposed the motion; it appearing that the Court has federal question jurisdiction over this matter based on three federal causes of action: 1) Sherman Act; 2) Racketeer Influenced and Corrupt Organizations Act ("RICO"); and 3) Americans with Disabilities Act ("ADA"); it appearing that the Court conducted an in-person conference on May 19, 2014, wherein Plaintiffs' counsel, Andrews Schlafly, Esq., and Defendants' counsel, Bruce Levy, Esq., participated; it appearing that the Court raised issues regarding the merits and viability of those federal claims, and in that connection, Mr. Schlafly conceded that Plaintiffs do not intend to proceed with their RICO and ADA claims; it further appearing that, however, in the context of jurisdiction, Plaintiffs requested an opportunity to brief the sufficiency of their Sherman Act claim, and in that regard, the parties agreed that the Court should render a decision on whether the Sherman Act claim could proceed before deciding on

Plaintiffs' injunction motion; it appearing that such an issue is important to this Court's jurisdiction, and as such, the Court directed Defendants to re-file their motion to dismiss on that claim; accordingly,

**IT IS** on this 19th day of May, 2014,

**ORDERED** that Plaintiffs' RICO and ADA claims are dismissed;

**ORDERED** that Defendants' motion to dismiss Plaintiffs' Sherman Act claim shall be filed by June 13, 2014; Plaintiffs' opposition shall be filed by July 7, 2014; and Defendants' reply, if any, shall be filed by July 14, 2014;

**ORDERED** that Plaintiffs' motion for preliminary injunction is hereby held in abeyance pending the Court's decision on Defendants' motion to dismiss and the issue of subject matter jurisdiction; and it is further

**ORDERED** that the Court's previous temporary injunction order restraining Defendants from reporting Dr. Patel's suspension to the National Practitioner Data Bank shall remain in full force and effect.

                                                           /s/ Freda L. Wolfson
                                                       The Honorable Freda L. Wolfson
                                                       United States District Judge